UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

MICHELLE CORTEZ GOMEZ, Individually
and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

KOHL'S CORPORATION and KOHL'S INC.,

Defendants.

Case No. 2023-CV-00678

### DECLARATION OF LAURI A. MAZZUCHETTI

I, Lauri A. Mazzuchetti, declare as follows:

1. I am a partner in the law firm Kelley Drye & Warren LLP and counsel for the Defendants Kohl's Corporation and Kohl's, Inc. I submit this declaration in support of Defendants' Motion to Dismiss or, in the alternative, to Strike the Class Allegations. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently hereto.

2. A true and correct copy of the Petition for Order Compelling Arbitration filed in *Bernal, et al. v. Kohl's Corporation, a Wisconsin Corporation, and Kohl's, Inc., a Wisconsin Corporation*, No. 5:23-cv-1779, Dkt. 1 (C.D. Cal. Sept. 1, 2023), is attached hereto as **Exhibit A**.

3. A true and correct copy of the Declaration of Albert Y. Pak in support of the Petition for Order Compelling Arbitration filed in *Bernal, et al. v. Kohl's Corporation, a Wisconsin Corporation, and Kohl's, Inc., a Wisconsin Corporation*, No. 5:23-cv-1779, Dkt. 1-1 (C.D. Cal. Sept. 1, 2023), is attached hereto as **Exhibit B**.

4. A true and correct copy of Kohl's 2020 Terms and Conditions, which were attached as Exhibit A to the Declaration of Albert Y. Pak in support of the Petition for Order Compelling

Arbitration filed in *Bernal, et al. v. Kohl's Corporation, a Wisconsin Corporation, and Kohl's, Inc., a Wisconsin Corporation*, No. 5:23-cv-1779, Dkt. 1-2 (C.D. Cal. Sept. 1, 2023), is attached hereto as **Exhibit C**.

5. A true and correct copy of Kohl's 2022 Terms and Conditions, which were attached as Exhibit B to the Declaration of Albert Y. Pak in support of the Petition for Order Compelling Arbitration filed in *Bernal, et al. v. Kohl's Corporation, a Wisconsin Corporation, and Kohl's, Inc., a Wisconsin Corporation*, No. 5:23-cv-1779, Dkt. 1-3 (C.D. Cal. Sept. 1, 2023), is attached hereto as **Exhibit D**.

6. A true and correct copy of Kohl's 2023 Terms and Conditions, which were attached as Exhibit D to the Declaration of Albert Y. Pak in support of the Petition for Order Compelling Arbitration filed in *Bernal, et al. v. Kohl's Corporation, a Wisconsin Corporation, and Kohl's, Inc., a Wisconsin Corporation*, No. 5:23-cv-1779, Dkt. 1-5 (C.D. Cal. Sept. 1, 2023), is attached hereto as **Exhibit E**.

7. A true and correct copy of Notices of Dispute dated December 22, 2022, attached as Exhibits E-J to the Declaration of Albert Y. Pak in support of the Petition for Order Compelling Arbitration filed in *Bernal, et al. v. Kohl's Corporation, a Wisconsin Corporation, and Kohl's, Inc., a Wisconsin Corporation*, No. 5:23-cv-1779, Dkts. 1-6, 1-7, 1-8, 1-9, 1-10, 1-11 (C.D. Cal. Sept. 1, 2023), is attached hereto as **Exhibit F**.

8. A true and correct copy of Petitioners' AAA Demands for Arbitration, attached as Exhibits K-P to the Declaration of Albert Y. Pak in support of the Petition for Order Compelling Arbitration filed in *Bernal, et al. v. Kohl's Corporation, a Wisconsin Corporation, and Kohl's, Inc., a Wisconsin Corporation*, No. 5:23-cv-1779, Dkts. 1-12, 1-13, 1-14, 1-15, 1-16, 1-17 (C.D. Cal. Sept. 1, 2023), is attached hereto as **Exhibit G**.

9. True and correct copies of letters dated June 7, 2023 and June 20, 2023 from the American Arbitration Association, which letters were attached as Exhibits Q and R to the Declaration of Albert Y. Pak in support of the Petition for Order Compelling Arbitration filed in *Bernal, et al. v. Kohl's Corporation, a Wisconsin Corporation, and Kohl's, Inc., a Wisconsin Corporation*, No. 5:23-cv-1779, Dkts. 1-18, 1-19 (C.D. Cal. Sept. 1, 2023), are attached hereto as **Exhibit H**.

10. A true and correct copy of the Declaration of Todd D. Carpenter in support of Petitioners' Response to the Court's Order to Show Cause filed in *Bernal, et al. v. Kohl's Corporation, a Wisconsin Corporation, and Kohl's, Inc., a Wisconsin Corporation*, No. 5:23-cv-1779, Dkt. 32-3 (C.D. Cal. Sept. 21, 2023) is attached hereto as **Exhibit I**.

11. A true and correct copy of Petitioners' Memorandum of Points and Authorities in support of their Motion to Compel Arbitration filed in *Bernal, et al. v. Kohl's Corporation, a Wisconsin Corporation, and Kohl's, Inc., a Wisconsin Corporation*, No. 2:23-cv-01542, Dkt. 61-1 (E.D. Wis. Dec. 1, 2023) is attached hereto as **Exhibit J**.

12. A true and correct copy of a cover letter and the enclosed pre-arbitration notices of dispute received by Kohl's on December 1, 2023, with personally identifiable information redacted, is attached hereto as **Exhibit K**.

13. True and correct copies of an advertisement and claim form retrieved in October 2023 from the Meta Ad Library and lynchcarpenter.com, respectively, are attached hereto as **Exhibit L**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of January, 2024.

                                                   */s/ Lauri A. Mazzuchetti*
                                                    Lauri A. Mazzuchetti

4