IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHELLE CORTEZ GOMEZ,
individually and on behalf of all others
similarly situated,

    Plaintiff,

v.

KOHL'S CORPORATION and KOHL'S INC.,

    Defendants.

Case No. 23-cv-678-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction.

s/ Deputy Clerk
Joel Turner, Clerk of Court

7/09/2024
Date